**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| MELISSA HICKSON, Individually and MELISSA HICKSON as the DEPENDENT ADMINISTRATOR of the ESTATE OF MICHAEL HICKSON, DECEASED, and MELISSA HICKSON AS NEXT FRIEND OF MACKENZIE HICKSON; MACEO HICKSON AND MADISON HICKSON, all minors, AND MARQUES HICKSON, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Cause No. 1:21-cv-514-LY |
| ST. DAVID'S HEALTHCARE PARTNERSHIP, L.P., LLP, doing business as ST. DAVID'S SOUTH AUSTIN MEDICAL CENTER, DR. DEVRY ANDERSON, INDIVIDUALLY, HOSPITAL INTERNISTS OF TEXAS, DR. CARLYE MABRY CANTU, Individually, DR. VIET VO, Individually, | ) | |
| Defendants. | ) | |

**NOTICE OF CHANGE OF LAW FIRM AND EMAIL ADDRESSES**

To: Missy Atwood
Ryan C. Bueche
Germer Beaman & Brown PLLC
One Barton Skyway
1501 S. Mopac Expy, Suite A400
Austin, Texas 78746
matwood@germer-austin.com
rbueche@germer-austin.com

**PLEASE TAKE NOTICE** that the name of the law firm of Robbins DiMonte, Ltd., counsel for the Plaintiffs, has changed to HUGHES SOCOL PIERS RESNICK DYM, LTD. The email addresses of Plaintiffs' counsel have changed to:

Jennifer M. Sender: jsender@hsplegal.com
Andrés J. Gallegos: agallegos@hsplegal.com

By: /s/ Mark Whitburn
Mark Whitburn, Esq.
One of Plaintiff's Attorneys

Mark Whitburn, Esq.
Texas Bar Number: 24042144
Sean Pevsner, Esq.
Texas Bar Number: 24079130
Whitburn & Pevsner, PLLC
2000 E. Lamar Boulevard, Suite 600
Arlington, Texas 76006
Telephone: (817) 653-4547
Fax: (817) 653-4477
mwhitburn@whitburnpevsner.com
spevsner@whitburnpevsner.com

Jennifer M. Sender (ARDC No. 6207774)
Andrés J. Gallegos (ARDC No. 6212168)
ROBBINS DIMONTE, LTD.
Attorneys for Plaintiffs
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W Madison St., Ste 4000
Chicago, Illinois 60602
T: (312) 604-2778
E: jsender@hsplegal.com
agallegos@hsplegal.com

**CERTIFICATE OF FILING AND SERVICE**

I certify by my signature below that I caused a true and correct copy of the foregoing document to be filed on March 13, 2023, via the Court's CM/ECF filing system which will electronically serve same on all parties registered for this case.

/s/ *Kenya Franklin*