**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| MELISSA HICKSON, Individually and MELISSA HICKSON as the DEPENDENT ADMINISTRATOR of the ESTATE OF MICHAEL HICKSON, DECEASED, and MELISSA HICKSON AS NEXT FRIEND OF MACKENZIE HICKSON; MACEO HICKSON AND MADISON HICKSON, all minors, AND MARQUES HICKSON,<br><br>Plaintiffs,<br>v. | ) | Cause No. 1:21-cv-514-LY |
| ST. DAVID'S HEALTHCARE PARTNERSHIP, L.P., LLP, doing business as ST. DAVID'S SOUTH AUSTIN MEDICAL CENTER, DR. DEVRY ANDERSON, INDIVIDUALLY, HOSPITAL INTERNISTS OF TEXAS, DR. CARLYE MABRY CANTU, Individually, DR. VIET VO, Individually,<br><br>Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR A STAY OF PROCEEDINGS UNTIL JANUARY 31, 2024 AND TO RE-SET DISCOVERY SCHEDULE AND TRIAL DATE**

Now come Plaintiffs, by and through their undersigned counsel, and submit their motion for a brief stay of proceedings, until January 31, 2024, and to re-set the discovery plan and the trial date, and state as follows:

1. On Tuesday, November 15, 2023, Plaintiffs filed an Unopposed Motion to Re-set the Discovery Schedule and Trial Date in this case by 30 days. (Dkt. No. 68). Plaintiffs incorporate the original Motion herein by reference. The basis for the motion was the illness and hospitalization

of Plaintiffs' counsel, Andrés Gallegos. Mr. Gallegos was the attorney retained by Mrs. Hickson and had primary responsibility for handling this case.

2. On December 1, 2023, while still hospitalized from his admission on November 6, 2023, Mr. Gallegos unexpectedly passed away. In the week prior to his death, news from Mr. Gallegos' family indicated that his medical condition was improving recovery was expected.

3. Due to Mr. Gallegos' unexpected and tragic passing, the undersigned attorney and her partners have the responsibility to take over Mr. Gallegos' pending matters, inform his clients, assist clients in their outstanding legal matters and their legal needs going forward, and all the administrative issues that attend to the wrapping up of his 30-year legal practice. Given Mr. Gallegos' robust and varied legal practice, this is a time-consuming and challenging task, while his partners also deal with the tremendous emotional loss of their friend.

4. Based on the medical emergencies described in the original motion, Mr. Gallegos' unexpected passing, and the upcoming holidays, the Plaintiffs request a brief stay of proceedings of 45 days to allow counsel to address the pressing matters following Mr. Gallegos' death. Plaintiffs also request that the trial date be re-scheduled, because with the extension of deadlines, there would not be sufficient time to conduct the remaining discovery prior to the June trial date.

5. Plaintiffs' counsel has shared a copy of this Motion with Defendants' counsel prior to filing and Defendants' counsel has indicated that they have no objection to the motion.

6. This motion is not brought to unduly delay this case or for any other improper purpose.

WHEREFORE, Plaintiffs request that the Court enter a stay of proceedings, until January 31, 2024, and set this matter for status hearing thereafter to enter a new scheduling order to

extend all deadlines and that new dates be set for the pre-trial conference and trial, and for any other relief the Court deems just and reasonable.

By: /s/ Jennifer M. Sender
Jennifer M. Sender
One of Plaintiff's Attorneys

Jennifer M. Sender, Esq.
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W Madison St., Ste 4000
Chicago, Illinois 60602
T: (312) 604-2778
E: jsender@hsplegal.com

Mark Whitburn, Esq.
Texas Bar Number: 24042144
Sean Pevsner, Esq.
Texas Bar Number: 24079130
Whitburn & Pevsner, PLLC
2000 E. Lamar Boulevard, Suite 600
Arlington, Texas 76006
Telephone: (817) 653-4547
Fax: (817) 653-4477
mwhitburn@whitburnpevsner.com
spevsner@whitburnpevsner.com

## CERTIFICATE OF FILING AND SERVICE

I certify by my signature below that I caused a true and correct copy of the foregoing document to be filed on December 11, 2023, via the Court's CM/ECF filing system which will electronically serve same on all parties registered for this case.

By: /s/ Jennifer M. Sender
Jennifer M. Sender
One of Plaintiff's Attorneys

Jennifer M. Sender, Esq.
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W Madison St., Ste 4000
Chicago, Illinois 60602
T: (312) 604-2778
E: jsender@hsplegal.com