# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| MELISSA HICKSON, Individually and MELISSA HICKSON as the DEPENDENT ADMINISTRATOR of the ESTATE OF MICHAEL HICKSON, DECEASED, and MELISSA HICKSON AS NEXT FRIEND OF MACKENZIE HICKSON; MACEO HICKSON AND MADISON HICKSON, all minors, AND MARQUES HICKSON,<br><br>     Plaintiffs,<br>v.<br><br>ST. DAVID'S HEALTHCARE PARTNERSHIP, L.P., LLP, doing business as ST. DAVID'S SOUTH AUSTIN MEDICAL CENTER, DR. DEVRY ANDERSON, INDIVIDUALLY, HOSPITAL INTERNISTS OF TEXAS, DR. CARLYE MABRY CANTU, Individually, DR. VIET VO, Individually,<br><br>     Defendants. | Cause No. 1:21-cv-514-LY |

## MOTION TO WITHDRAW AS COUNSEL

To: CM/ECF Service List

  Undersigned counsel for the Plaintiff moves to withdraw the appearance of Andrés J. Gallegos, of HUGHES SOCOL PIERS RESNICK & DYM, LTD.  Plaintiff will continue to be represented by remaining counsel of record.

              Respectfully submitted,
              By:  /s/ Jennifer M. Sender

Jennifer M. Sender
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W Madison St., Ste 4000
Chicago, Illinois 60602
T: (312) 604-2778
E: jsender@hsplegal.com

## CERTIFICATE OF SERVICE

I, Jennifer M. Sender, an attorney, certify that on January 8, 2024, the aforementioned *Notice of Withdrawal of Counsel* was uploaded for filing electronically via the Court's CM/ECF system which will serve a copy to the following parties:

By: /s/ Jennifer M. Sender
Jennifer M. Sender
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W Madison St., Ste 4000
Chicago, Illinois 60602
T: (312) 604-2778
E: jsender@hsplegal.com