**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| MELISSA HICKSON, Individually and MELISSA HICKSON as the DEPENDENT ADMINISTRATOR of the ESTATE OF MICHAEL HICKSON, DECEASED, and MELISSA HICKSON AS NEXT FRIEND OF MACKENZIE HICKSON; MACEO HICKSON AND MADISON HICKSON, all minors, AND MARQUES HICKSON, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Cause No. 1:21-cv-514-LY |
| ST. DAVID'S HEALTHCARE PARTNERSHIP, L.P., LLP, doing business as ST. DAVID'S SOUTH AUSTIN MEDICAL CENTER, DR. DEVRY ANDERSON, INDIVIDUALLY, HOSPITAL INTERNISTS OF TEXAS, DR. CARLYE MABRY CANTU, Individually, DR. VIET VO, Individually, | ) | |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR ONE WEEK EXTENSION OF THE STAY OF PROCEEDINGS**

Now come Plaintiffs, by and through their undersigned counsel, and submit their motion for a one-week extension of the stay of proceedings, until March 22, 2024, and state as follows:

1. On January 9, 2024, following the death of Plaintiffs' counsel, Andrés Gallegos, the Court stayed the proceedings to January 31, 2024. Mr. Gallegos was the attorney retained by Mrs. Hickson and had primary responsibility for handling this case. The stay was sought by the undersigned Plaintiffs' counsel, as she had the primary responsibility to take over Mr. Gallegos' pending matters, inform his clients, assist clients in their outstanding legal matters and their legal

needs going forward, and all the administrative issues that attend to the wrapping up of his 30-year legal practice. [Doc. # ].

2. On February 1, 2024, this Court granted Plaintiffs' motion for a brief extension of the stay of proceedings until March 15, 2024, based on these unexpected emergencies faced by Plaintiffs' counsel following the death of Mr. Gallegos.

3. Following the death of Plaintiffs' chosen counsel, Andrés Gallegos, Plaintiffs have determined that their best interests going forward will be to have additional counsel with specialized knowledge and experience in medical malpractice law represent them. Plaintiffs have been diligent in their efforts to locate new counsel. New counsel has been retained and will be filing her appearance and Ms. Sender and Hughes, Socol, Piers, Resnick a& Dym, Ltd. will be filing a motion to withdraw forthwith. Whitburn & Pevsner, PLLC, will continue on as counsel for the Plaintiffs.

4. Earlier this week, counsel for the Defendants did circulate a proposed amended scheduling order, as ordered by this Court, which contemplated a trial date in May 2025, based on the trial schedules of the multiple defense counsel.

5. Plaintiffs request a one-week extension of the stay and deadline to file an amended proposed scheduling order to allow her new counsel to file her appearance and meet and confer with defense counsel to finalize the amended proposed scheduling order. Plaintiffs' new counsel has reviewed the status of the proceedings and is aware of the proposed trial date by defense counsel.

6. Plaintiffs' counsel has conferred with Defendants' counsel regarding the basis for this Motion and Defendants' counsel have indicated that they have no objection.

7. This motion is not brought to unduly delay this case or for any other improper

purpose; rather, this Motion is brought to allow Plaintiffs to retain counsel of their choosing following the unexpected death of their previously retained attorney, Andrés Gallegos.

WHEREFORE, Plaintiffs request that the Court continue the stay of proceedings, until March 22, 2024, re-set the deadline for the Parties to submit an amended proposed scheduling order to that date, and for any other relief the Court deems just and reasonable.

By: /s/ Jennifer M. Sender
Jennifer M. Sender
One of Plaintiff's Attorneys

Jennifer M. Sender, Esq.
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W Madison St., Ste 4000
Chicago, Illinois 60602
T: (312) 604-2778
E: jsender@hsplegal.com

Mark Whitburn, Esq.
Texas Bar Number: 24042144
Sean Pevsner, Esq.
Texas Bar Number: 24079130
Whitburn & Pevsner, PLLC
2000 E. Lamar Boulevard, Suite 600
Arlington, Texas 76006
Telephone: (817) 653-4547
Fax: (817) 653-4477
mwhitburn@whitburnpevsner.com
spevsner@whitburnpevsner.com

## CERTIFICATE OF FILING AND SERVICE

I certify by my signature below that I caused a true and correct copy of the foregoing document to be filed on March 15, 2024, via the Court's CM/ECF filing system which will electronically serve same on all parties registered for this case.

By: /s/ Jennifer M. Sender
Jennifer M. Sender
One of Plaintiff's Attorneys

Jennifer M. Sender, Esq.
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W Madison St., Ste 4000
Chicago, Illinois 60602
T: (312) 604-2778
E: jsender@hsplegal.com