**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| MELISSA HICKSON, Individually and MELISSA HICKSON as the DEPENDENT ADMINISTRATOR of the ESTATE OF MICHAEL HICKSON, DECEASED, and MELISSA HICKSON AS NEXT FRIEND OF MACKENZIE HICKSON; MACEO HICKSON AND MADISON HICKSON, all minors, AND MARQUES HICKSON,<br><br>Plaintiffs,<br>v. | ) | |
| | ) | Cause No. 1:21-cv-514-LY |
| ST. DAVID'S HEALTHCARE PARTNERSHIP, L.P., LLP, doing business as ST. DAVID'S SOUTH AUSTIN MEDICAL CENTER, DR. DEVRY ANDERSON, INDIVIDUALLY, HOSPITAL INTERNISTS OF TEXAS, DR. CARLYE MABRY CANTU, Individually, DR. VIET VO, Individually,<br><br>Defendants. | ) | |

MOTION TO WITHDRAW AS COUNSEL

To: CM/ECF Service List

Undersigned counsel for the Plaintiff moves to withdraw the appearance of Jennifer M. Sender, of HUGHES SOCOL PIERS RESNICK & DYM, LTD. Plaintiff will continue to be respresented by Mark Whitburn and Sean E. Pevsner of WHITBURN & PEVSNER, PLLC.

Respectfully submitted,
By: /s/ Jennifer M. Sender

Jennifer M. Sender
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W Madison St., Ste 4000
Chicago, Illinois 60602
T: (312) 604-2778
E: jsender@hsplegal.com

**CERTIFICATE OF SERVICE**

I certify by my signature below that I caused a true and correct copy of the foregoing document to be filed on March 19, 2024, via the Court's CM/ECF filing system which will electronically serve same on all parties registered for this case.

By: /s/ Jennifer M. Sender

Jennifer M. Sender
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W Madison St., Ste 4000
Chicago, Illinois 60602
T: (312) 604-2778
E: jsender@hsplegal.com