IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MELISSA HICKSON, INDIVIDUALLY AND AS THE INDEPENDENT ADMINISTRATOR OF THE ESTATE OF MICHAEL HICKSON, DECEASED AND AS NEXT FRIEND OF M.H., M.H. AND M.H. (ALL MINORS); and MARQUES HICKSON, <br><br> Plaintiffs, <br><br> v. <br><br> ST. DAVID'S HEALTHCARE PARTNERSHIP, L.P., LLP, HOSPITAL INTERNISTS OF TEXAS, CARLYE MABRY CANTU, AND VIET VO, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. A-21-CV-00514-ADA |

**PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs Melissa Hickson, individually and as the independent administrator of the estate of Michael Hickson, Deceased, and as next friend of M.H., M.H., and M.H. (all minors); and Marques Hickson, hereby submit their Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the October 23, 2024, Order by the United States District Court for the Western District of Texas granting Defendants' Joint Motion for Summary Judgment (Dkt. No. 82), as well as its September 6, 2022, Order on Report and Recommendations (Dkt. No. 47), and its October 5, 2022 Order Granting Motion to Dismiss (Dkt. No. 49).

DATED: November 22, 2024	Respectfully Submitted,

   /s/ Kelley Brooks Simoneaux
Kelley Brooks Simoneaux
The Spinal Cord Injury Law Firm, PLLC
DC Bar No. 187844
1629 K Street, NW
Suite 300
Washington, DC 20006
Kelley@spinalcordinjurylawyers.com
Counsel for Plaintiff *admitted pro hac vice*

Mark Whitburn
Texas Bar Number: 24042144
Sean Pevsner
Texas Bar Number: 24079130
Whitburn & Pevsner, PLLC
2000 E. Lamar Boulevard, Suite 600
Arlington, Texas 76006
Telephone: (817) 653-4547
Fax: (817) 653-4477
mwhitburn@whitburnpevsner.com
spevsner@whitburnpevsner.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record on November 22, 2024, via the electronic filing service.

   /s/ Mark Whitburn